# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
BRANDT, SARA L                            §      Case No. 12-22257
                                          §
                          Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on                 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                 $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                   and the deadline for filing governmental claims was                   . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-22257 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | BRANDT, SARA L | | | | Date Filed (f) or Converted (c): | 05/31/12 (f) |
| | | | | | 341(a) Meeting Date: | 08/03/12 |
| For Period Ending: | 05/26/14 | | | | Claims Bar Date: | 11/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 889 Asbury Lane Schaumburg, IL 60193 | 249,200.00 | 0.00 | OA | 0.00 | FA |
|     Abandoned pusuant to Order dated 4/17/13 entered re Trustee's Motion to Abandon. | | | | | |
| 2. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
|     Checking account with Wells Fargo | | | | | |
| 3. Financial Accounts | 45.00 | 0.00 | | 0.00 | FA |
|     Savings account with Wells Fargo | | | | | |
| 4. Financial Accounts | 241.00 | 241.00 | | 0.00 | FA |
|     Checking account with PNC | | | | | |
| 5. Financial Accounts | 15,000.00 | 0.00 | | 0.00 | FA |
|     Fidelity Investment account - settlement from a car accident law suit. | | | | | |
| 6. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
|     Misc used household goods | | | | | |
| 7. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
|     used clothing | | | | | |
| 8. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
|     Term life insurance through employer - no current cash value | | | | | |
| 9. Pension / Profit Sharing | 10,000.00 | 0.00 | | 10,000.00 | FA |
|     IRA | | | | | |
| 10. Stock | 0.00 | 0.00 | | 0.00 | FA |
|     Brandt Therapy Clinics, Inc. - 100% shareholder -- | | | | | |
| 11. Vehicles | 23,500.00 | 0.00 | | 0.00 | FA |
|     2012 Toyota Venza | | | | | |
| 12. Wells Fargo Account #8874 (u) | 0.00 | 1,211.78 | | 1,211.78 | FA |
| 13. Wells Fargo - Acct. # 1716 (u) | 0.00 | 3,790.30 | | 3,790.30 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 12-22257 | CAD | Judge: CAROL A. DOYLE |
| Case Name: | BRANDT, SARA L |

| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 05/31/12 (f) |
| 341(a) Meeting Date: | 08/03/12 |
| Claims Bar Date: | 11/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $299,386.00 | $5,243.08 | | $15,002.08 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/14        Current Projected Date of Final Report (TFR): 01/31/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-22257  -CAD | |
| Case Name: | BRANDT, SARA L | |

| | |
|---|---|
| Taxpayer ID No: | *******6337 |
| For Period Ending: | 05/26/14 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3000  Checking |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/12 | 12 | Wells Fargo Bank, N.A. | Bank Account | 1229-000 | 1,211.78 | | 1,211.78 |
| 09/04/12 | 13 | Wells Fargo Bank, N.A. | Bank Account | 1229-000 | 3,790.30 | | 5,002.08 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.06 | 5,000.02 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.19 | 4,996.83 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.08 | 4,993.75 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.18 | 4,990.57 |
| 01/10/13 | 9 | Sara L. Brandt | Partial Turnover of Non-Exempt IRA | 1129-000 | 1,207.62 | | 6,198.19 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,188.19 |
| 02/21/13 | 9 | Sara Brandt | Turnover Per Order | 1129-000 | 3,792.38 | | 9,980.57 |
| 02/21/13 | 9 | Sara Brandt | Turnover Per Order | 1129-000 | 5,000.00 | | 14,980.57 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA  70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 12.62 | 14,967.95 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.68 | 14,956.27 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.24 | 14,934.03 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.48 | 14,912.55 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.17 | 14,890.38 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.42 | 14,868.96 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.11 | 14,846.85 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.07 | 14,824.78 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.33 | 14,803.45 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.01 | 14,781.44 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.27 | 14,760.17 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.94 | 14,738.23 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.91 | 14,716.32 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.76 | 14,696.56 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 | TRUSTEE'S BOND | 2300-000 | | 3.55 | 14,693.01 |
| | | | Page Subtotals | | 15,002.08 | 309.07 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 17.05d

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:       12-22257 -CAD
Case Name:   BRANDT, SARA L

Trustee Name:                        Phillip D. Levey
Bank Name:                           ASSOCIATED BANK
Account Number / CD #:         *******3000  Checking

Taxpayer ID No:   *******6337
For Period Ending:   05/26/14

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.85 | 14,671.16 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.11 | 14,650.05 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 15,002.08 | 352.03 | 14,650.05 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 15,002.08 | 352.03 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 15,002.08 | 352.03 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - ********3000 | 15,002.08 | 352.03 | 14,650.05 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 15,002.08 | 352.03 | 14,650.05 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                42.96

Ver: 17.05d

LFORM24

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 26, 2014 |

Case Number:  12-22257

Claim Class Sequence

Debtor Name:  BRANDT, SARA L

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|-------------------------|-------------|-------|----------------|--------------|---------------|
| 001<br>3110-00 | PHILLIP D. LEVEY | Administrative | | $7,290.00 | $0.00 | $7,290.00 |
| | Subtotal for Class Administrative | | | $7,290.00 | $0.00 | $7,290.00 |
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $209.98 | $0.00 | $209.98 |
| 000002<br>070<br>7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $4,169.58 | $0.00 | $4,169.58 |
| 000003<br>080<br>7200-00 | Peter Cantwell, Esq.<br>Cantwell & Cantwell<br>30 N. LaSalle St. Suite 2850<br>Chicago, IL 60602 | Unsecured | | $4,000.00 | $0.00 | $4,000.00 |
| | Subtotal for Class Unsecured | | | $8,379.56 | $0.00 | $8,379.56 |
| | Case Totals: | | | $15,669.56 | $0.00 | $15,669.56 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-22257
Case Name: BRANDT, SARA L
Trustee Name: Phillip D. Levey

Balance on hand                                                          $

Claims of secured creditors will be paid as follows:


NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                                    $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000002 | Citibank, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority, timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Peter Cantwell, Esq. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE