# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRANDT, SARA L | § | Case No. 12-22257 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Jeffrey P. Allsteadt
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/17/2014 in Courtroom 742,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt _____
                                                Clerk of The United States Bankruptcy
                                                Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
BRANDT, SARA L                            §        Case No. 12-22257
                                          §
            Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,002.08 |
| and approved disbursements of | $ | 352.03 |
| leaving a balance on hand of[1] | $ | 14,650.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $        2,250.21 | $        0.00 | $        2,250.21 |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $        7,290.00 | $        0.00 | $        7,290.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,540.21 |
| Remaining Balance | $ | 5,109.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,379.56  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $            209.98 | $            0.00 | $            209.98 |
| 000002 | Citibank, N.A. | $          4,169.58 | $            0.00 | $          4,169.58 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,379.56 |
| | Remaining Balance | | $ | 730.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,000.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Peter Cantwell, Esq. | $          4,000.00 | $            0.00 | $            730.28 |
| | Total to be paid to tardy general unsecured creditors | | $ | 730.28 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey _____
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-22257-CAD
Sara L Brandt                                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 1          Date Rcvd: Aug 12, 2014
                             Form ID: pdf006           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2014.
db         +Sara L Brandt,   889 Asbury Lane,   Schaumburg, IL 60193-4101
18981658   +BP Centre, LLC,   900 Ogden Ave.,   Suite 325,   Downers Grove, IL 60515-2829
18981659   +Citi Cards,   P.O. Box 688904,   Des Moines, IA 50368
18981661   ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
            (address filed with court:  DirectTV,   PO Box 78626,   Phoenix, AZ 85062)
18981660   #+Design Invention c/o,   Piotr Rymaszewski,   928 Shorewood Dr.,   Bartlett, IL 60103-4753
18981663   +HSBC Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
18981662   +Harris T & S,   Po Box 755,   Chicago, IL 60690-0755
18981664   +Hsbc/best buy,   PO Box 17298,   Baltimore, MD 21297-1298
18981665   +Katz & Stefani,   222 N. LaSalle St.,   Suite 2150,   Chicago, IL 60601-1103
18981666   +Patti S. Levinson PC,   1821 Walden Office Square,   Suite 400,   Schaumburg, IL 60173-4273
18981667   +Peter Cantwell, Esq.,   Cantwell & Cantwell,   30 N. LaSalle St. Suite 2850,
            Chicago, IL 60602-3481
18981668   +Pretzel, & Soutffer Chartered,   One S. Wacker Dr.,   Suite 2500,   Chicago, IL 60606-4638
18981669   +Scannicchio & Associates Chtd c/o,   Charles G. McCarthy, jur.,   800 Enterprise Dr. Sutie 204,
            Oak Brook, IL 60523-1929
18981670   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court:  Toyota Motor Credit,   5005 N. River Blvd NE,
            Cedar Rapids, IA 52411)
18981671   +US Bank Home Mortgage,   4801 Frederica St.,   Owensboro, KY 42301-7441
18981672   +WFNNB/Lane Bryant,   PO Box 182789,   Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19609429    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2014 01:16:16    Citibank, N.A.,
            c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
19373954    E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2014 01:13:21
            Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
            Kirkland, WA  98083-0788
                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2014 at the address(es) listed below:
          David  Chang    on behalf of Debtor Sara L Brandt dchang@changandcarlin.com,
           changcarlin@iamthewolf.com
          John P Carlin    on behalf of Debtor Sara L Brandt jcarlin@changandcarlin.com,
           changcarlin@iamthewolf.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter A Cantwell    on behalf of Creditor Peter A. Cantwell c.cfederal@sbcglobal.net
          Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                              TOTAL: 6