# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
BRANDT, SARA L                                  §        Case No. 12-22257
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey _____

                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris T & S Po Box 755 Chicago, IL 60690 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit 5005 N. River Blvd NE Cedar Rapids, IA 52411 | | | | | |
| | US Bank Home Mortgage 4801 Frederica St. Owensboro, KY 42304 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BP Centre, LLC 900 Ogden Ave. Suite 325 Downers Grove, IL 60515 | | | | | |
| | Citi Cards P.O. Box 688904 Des Moines, IA 50368-8904 | | | | | |
| | Design Invention c/o Piotr Rymaszewski 928 Shorewood Dr. Bartlett, IL 60103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DirectTV PO Box 78626 Phoenix, AZ 85062 | | | | | |
| | HSBC Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/best buy PO Box 17298 Baltimore, MD 21297 | | | | | |
| | Katz & Stefani 222 N. LaSalle St. Suite 2150 Chicago, IL 60601 | | | | | |
| | Patti S. Levinson PC 1821 Walden Office Square Suite 400 Schaumburg, IL 60173 | | | | | |
| | Peter Cantwell, Esq. Cantwell & Cantwell 30 N. LaSalle St. Suite 2850 Chicago, IL 60602 | | | | | |
| | Pretzel, & Soutffer Chartered One S. Wacker Dr. Suite 2500 Chicago, IL 60606 | | | | | |
| | Scannicchio & Associates Chtd c/o Charles G. McCarthy, jur. 800 Enterprise Dr. Sutie 204 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFNNB/Lane Bryant PO Box 182789 Columbus, OH 43218 | | | | | |
| 000002 | CITIBANK, N.A. | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000003 | PETER CANTWELL, ESQ. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 12-22257 | CAD | Judge: CAROL A. DOYLE |
| Case Name: | BRANDT, SARA L | | |

For Period Ending:  05/26/14

| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 05/31/12 (f) |
| 341(a) Meeting Date: | 08/03/12 |
| Claims Bar Date: | 11/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 889 Asbury Lane Schaumburg, IL 60193 | 249,200.00 | 0.00 | OA | 0.00 | FA |
|    Abandoned pusuant to Order dated 4/17/13 entered re Trustee's Motion to Abandon. | | | | | |
| 2. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
|    Checking account with Wells Fargo | | | | | |
| 3. Financial Accounts | 45.00 | 0.00 | | 0.00 | FA |
|    Savings account with Wells Fargo | | | | | |
| 4. Financial Accounts | 241.00 | 241.00 | | 0.00 | FA |
|    Checking account with PNC | | | | | |
| 5. Financial Accounts | 15,000.00 | 0.00 | | 0.00 | FA |
|    Fidelity Investment account - settlement from a car accident law suit. | | | | | |
| 6. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
|    Misc used household goods | | | | | |
| 7. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
|    used clothing | | | | | |
| 8. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
|    Term life insurance through employer - no current cash value | | | | | |
| 9. Pension / Profit Sharing | 10,000.00 | 0.00 | | 10,000.00 | FA |
|    IRA | | | | | |
| 10. Stock | 0.00 | 0.00 | | 0.00 | FA |
|    Brandt Therapy Clinics, Inc. - 100% shareholder -- | | | | | |
| 11. Vehicles | 23,500.00 | 0.00 | | 0.00 | FA |
|    2012 Toyota Venza | | | | | |
| 12. Wells Fargo Account #8874 (u) | 0.00 | 1,211.78 | | 1,211.78 | FA |
| 13. Wells Fargo - Acct. # 1716 (u) | 0.00 | 3,790.30 | | 3,790.30 | FA |

Ver: 17.05d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No: | 12-22257   CAD   Judge: CAROL A. DOYLE |
| Case Name: | BRANDT, SARA L |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 05/31/12 (f) |
| 341(a) Meeting Date: | 08/03/12 |
| Claims Bar Date: | 11/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $299,386.00 | $5,243.08 | | $15,002.08 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/14        Current Projected Date of Final Report (TFR): 01/31/14

FORM 2                                                                                        Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                      Exhibit 9

| Case No: | 12-22257 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | BRANDT, SARA L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3000 Checking |
| Taxpayer ID No: | *******6337 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/12 | 12 | Wells Fargo Bank, N.A. | Bank Account | 1229-000 | 1,211.78 | | 1,211.78 |
| 09/04/12 | 13 | Wells Fargo Bank, N.A. | Bank Account | 1229-000 | 3,790.30 | | 5,002.08 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.06 | 5,000.02 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.19 | 4,996.83 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.08 | 4,993.75 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.18 | 4,990.57 |
| 01/10/13 | 9 | Sara L. Brandt | Partial Turnover of Non-Exempt IRA | 1129-000 | 1,207.62 | | 6,198.19 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,188.19 |
| 02/21/13 | 9 | Sara Brandt | Turnover Per Order | 1129-000 | 3,792.38 | | 9,980.57 |
| 02/21/13 | 9 | Sara Brandt | Turnover Per Order | 1129-000 | 5,000.00 | | 14,980.57 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA  70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 12.62 | 14,967.95 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.68 | 14,956.27 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.24 | 14,934.03 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.48 | 14,912.55 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.17 | 14,890.38 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.42 | 14,868.96 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.11 | 14,846.85 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.07 | 14,824.78 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.33 | 14,803.45 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.01 | 14,781.44 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.27 | 14,760.17 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.94 | 14,738.23 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.91 | 14,716.32 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.76 | 14,696.56 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 | TRUSTEE'S BOND | 2300-000 | | 3.55 | 14,693.01 |

Page Subtotals          15,002.08          309.07

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 18.03b

FORM 2    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | |
|---|---|
| Case No: | 12-22257  -CAD |
| Case Name: | BRANDT, SARA L |
| Taxpayer ID No: | *******6337 |
| For Period Ending: | 01/11/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3000  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.85 | 14,671.16 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.11 | 14,650.05 |
| 10/06/14 | 010003 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.21 | 12,399.84 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL  60614 | | | | | |
| 10/06/14 | 010004 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,290.00 | 5,109.84 |
| 10/06/14 | 010005 | Quantum3 Group LLC as agent for | Claim 000001, Payment 100.00000% | 7100-000 | | 209.98 | 4,899.86 |
| | | World Financial Network Bank | (1-1) Unsecured Debt | | | | |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 10/06/14 | 010006 | Citibank, N.A. | Claim 000002, Payment 100.00000% | 7100-000 | | 4,169.58 | 730.28 |
| | | c/o American InfoSource LP | | | | | |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK 73124-8840 | | | | | |
| 10/06/14 | 010007 | Peter Cantwell, Esq. | Claim 000003, Payment 18.25700% | 7200-000 | | 730.28 | 0.00 |
| | | Cantwell & Cantwell | (3-1) Recorded Judgment | | | | |
| | | 30 N. LaSalle St. Suite 2850 | | | | | |
| | | Chicago, IL 60602 | | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 15,002.08 | 15,002.08 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 15,002.08 | 15,002.08 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 15,002.08 | 15,002.08 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - *******3000 | 15,002.08 | 15,002.08 | 0.00 |
| | --------------------- | --------------------- | --------------------- |
| | 15,002.08 | 15,002.08 | 0.00 |

Page Subtotals    0.00    14,693.01

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-22257 -CAD |
| Case Name: | BRANDT, SARA L |
| Taxpayer ID No: | *******6337 |
| For Period Ending: | 01/11/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3000 Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ (Excludes Account Transfers) | ============ (Excludes Payments To Debtors) | ============ Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*